## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Newark, NJ

JOANNA BENTHALL

                          Plaintiff,

v.                                         Case No.: 2:25−cv−02629−SDW−JRA
                                           Judge Susan D. Wigenton

NEW JERSEY TRANSIT, et al.

                          Defendant.


Clerk, Superior Court of New Jersey
Hudson County Administration Building
595 Newark Avenue
Jersey City, NJ 07306

State No: HUD−L−512−25


**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled
matter to your Court.


                                   Very truly yours,

                                   CLERK OF COURT
                                   By Deputy Clerk, ld


encl.
cc: All Counsel